UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WILLIAMS,

                              Plaintiff,                      21 Civ. 10337 (PAE)

             -v-

                                                     ORDER OF
MIDLAND CREDIT MANAGEMENT, INC.,            DISCONTINUANCE
BETHPAGE FEDERAL CREDIT UNION,
TRANS UNION LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,

                            Defendants.

PAUL A. ENGELMAYER, District Judge:

       The Court having been advised at Dkt. 31 that all claims as between plaintiff and defendants Trans Union LLC and Experian Information Solutions, Inc. have been settled in principle, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to plaintiff's right to reopen the action within 45 days of the date of this Order as to Trans Union LLC and/or Experian Information Solutions, Inc. if the settlement is not consummated.

       To be clear, any application to reopen must be filed within 45 days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 45-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Clerk of Court is respectfully directed to terminate Trans Union LLC and Experian Information Solutions, Inc. as parties.

SO ORDERED.

                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: January 28, 2022
       New York, New York